

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00510-CV

**EX PARTE** Mark **VILLARREAL**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04491
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court denying appellant Mark Villarreal's petition for expunction is REVERSED IN PART as it pertains to the arrest for Theft of Property on August 7, 2008, and the case is REMANDED to the trial court with instructions to render a modified order as agreed by the parties. In all other respects, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Mark Villarreal.

SIGNED January 21, 2015.

_____
Rebeca C. Martinez, Justice